IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSTANCE M. TOMLIN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAE M. PEASE, PA-C, et al., | : | No. 14-202 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **4th** day of **April**, **2014**, upon consideration of the Motion of Federal Defendants Quality Community Health Care, Inc., Cooke Family Health Center, Mae M. Pease (now Mae M. Shaw) PA-C, and Dr. Leila S. Hardware, D.O., and the United States of America to Dismiss for Lack of Jurisdiction Cross Claims Against the United States and the Federal Defendants, all responses thereon, and all replies thereto, and for the reasons contained in this Court's Memorandum of April 4, 2014, it is hereby **ORDERED** that:

1. The motion (Document No. 31) is **DENIED**.

2. Defendant United States must file an Answer to the cross-claims against it within the time permitted by the Federal Rules of Civil Procedure.

BY THE COURT:

_____
**Berle M. Schiller, J.**