IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARL A. TOMLIN and ROCHELLE** | : | |
| **TOMLIN as Executors of the Estate of** | : | **CIVIL ACTION** |
| **CONSTANCE M. TOMLIN, deceased,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | No. 14-202 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **30th** day of **November**, **2015**, upon consideration of the Motion for Summary Judgment of Defendants James C. King, III, M.D. and Advanced Diagnostic Imaging, P.C., the Motion for Summary Judgment of Defendants Susan M. Glennon, M.D. and Bravo Health Advanced Care Center, P.C., and the Motion for Summary Judgment of Plaintiffs, and all responses thereon, and for the reasons contained in this Court's Memorandum of November 30, 2015, it is hereby **ORDERED** that:

1. Defendants King and ADI's Motion for Summary Judgment (Document No. 83) is **GRANTED**. Judgment shall be entered in favor of Defendants and against Plaintiffs on all claims against King and ADI.

2. Defendants Glennon and Bravo's Motion for Summary Judgment (Document No. 94) is **GRANTED**. Judgment shall be entered in favor of Defendants and against Plaintiffs on all claims against Glennon and Bravo.

3. Plaintiffs' Motion for Summary Judgment (Document No. 90) is **DENIED**. The case shall proceed as a bench trial beginning December 7, 2015, and Plaintiffs and Defendant the United States shall adhere to all previous deadlines and instructions

relating to trial.

4. All cross claims filed in this case are **DENIED**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**